IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | : |
| | : Case No. 2:21-cv-01205 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TCF FINANCIAL CORPORATION., GARY TORGOW, THOMAS C. SHAFER, VANCE K. OPPERMAN, DAVID T. PROVOST, PETER BELL, KAREN L. GRANDSTRAND, RICHARD H. KING, RONALD A. KLEIN, BARBARA J. MAHONE, BARBARA L. MCQUADE, ROGER J. SIT, JULIE H. SULLIVAN, JEFFREY L. TATE, ARTHUR A. WEISS, FRANKLIN C. WHEATLAKE, and THERESA M. H. WISE, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 30, 2021

GRABAR LAW OFFICE

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*